UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 06592
   JUAN A SANCHEZ
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

      Debtor
   SSN XXX-XX-7139
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/20/04 and confirmed on 04/29/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  38955.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 11037.92 | 483.08 | 11037.92 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1107.22 | 48.44 | 1107.22 |
| FIRESTONE FNANB | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7635.56 | 334.15 | 7635.56 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5270.61 | 230.65 | 5270.61 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 702.09 | 31.23 | 702.09 |
| ECAST SETTLEMENT CORP | UNSECURED | 3926.42 | 172.18 | 3926.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3218.91 | 140.86 | 3218.91 |
| CREDIT FIRST NA | UNSECURED | 845.81 | 37.01 | 845.81 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 33744.54 | .00 | 33744.54 |
| PRINCIPAL PAID | .00 | .00 | 33744.54 | .00 | 33744.54 |
| INTEREST PAID | .00 | .00 | 1477.60 | .00 | 1477.60 |
| TOTAL PAID | .00 | .00 | 35222.14 | .00 | 35222.14 |

The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   1655.41 .

Refunds to the Debtor totaled $    377.45 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/08/08                    /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```